IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02052-BNB

VIRGINIA SNIPE, and
JONATHAN SNIPE,

    Plaintiffs,

v.

U.S. FEDERAL BUREAU OF PRISONS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiffs, Virginia Snipe and Jonathan Snipe, who reside in New York, originally filed a complaint in the United States District Court for the Southern District of New York. They alleged that their brother "succumbed to the poisons he was made to work with" while incarcerated at the Federal Correctional Complex in Florence, Colorado. Complaint at 3. They further alleged that he died on February 16, 2006, at the Federal Medical Center in Butner, North Carolina. The Southern District of New York determined that venue in the instant action was proper in the United States District Court for the District of Colorado, and entered an order that transferred the action to this Court.

The Court reviewed the complaint and determined it was deficient. Therefore, in an order filed on October 1, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiffs to cure certain deficiencies in the case within thirty days if they wished to pursue their claims.

The October 1, 2008, order pointed out that each Plaintiff failed to submit on the proper, Court-approved forms a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. The order warned Plaintiffs that if either Plaintiff failed to cure the designated deficiencies within thirty days, that Plaintiff would be dismissed as a party to this action. Both Plaintiffs have failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 14 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02052-BNB

Virginia Snipe
Jonathan Snipe
50 E. 104th Street, Apt. #4E
New York, NY 10029

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/17/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk